| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | KIMBERLY C. EPSTEIN (169012) |
|   | SYLVIA SUM (207511) |
| 3 | 100 Pine Street, Suite 2600 |
|   | San Francisco, CA 94111 |
| 4 | Telephone: 415/288-4545 |
|   | 415/288-4534 (fax) |
| 5 |     – and – |
|   | WILLIAM S. LERACH (68581) |
| 6 | DARREN J. ROBBINS (168593) |
|   | 401 B Street, Suite 1600 |
| 7 | San Diego, CA 92101 |
|   | Telephone: 619/231-1058 |
| 8 | 619/231-7423 (fax) |
| 9 | [Proposed] Lead Counsel for Plaintiffs |

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE JOSEPH, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. C-04-4908-JW(PVT) |
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS |
| UTSTARCOM, INC., et al., | ) ) | **The Honorable James Ware** |
| Defendants. | ) ) ) | DATE: February 28, 2005<br>TIME: 9:00 a.m.<br>CTRM: 8 |

For the reasons set forth in its Order dated March 14, 2005, and pursuant ~~Pursuant~~ to Fed. R. Civ. P. 42(a), *Manual for Complex Litigation (Third)* §§21.12, 21.21 & 33.3 (1997), and Civil L.R. 3-12, the Court hereby ORDERS, as follows:

### CONSOLIDATION OF RELATED CASES

1. The following actions are consolidated for all purposes, including, but not limited to, discovery, pretrial and trial proceedings, pursuant to Fed. R. Civ. P. 42(a):

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Joseph v. UTStarcom, Inc., et al.* | C-04-4908-JW | 11/17/04 |
| *Schwanz v. UTStarcom, Inc., et al.* | C-04-4991-~~CRB~~ JW | 11/24/04 |
| *Lebzetter v. UTStarcom, Inc., et al.* | C-04-5136-~~MHP~~ JW | 12/02/04 |
| *Tiemann v. UTStarcom, Inc., et al.* | C-04-5132-~~MJJ~~ JW | 12/03/04 |

The consolidated action shall be captioned *In re UTStarcom, Inc. Securities Litigation*, No. C-04-4908-JW, and the files of this action shall be maintained in one file under Master File No. C-04-4908-JW.

2. Any other related actions now pending or subsequently filed in, or transferred to, this district shall be consolidated into this action for all purposes. This order shall apply to every such related action, absent order of the Court. A party that objects to such consolidation, or to any other provision of this order, must file an application for relief from this order within 14 days after the date on which a copy of the order is mailed to the party's counsel, pursuant to ¶7, *infra*.

3. This order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

### MASTER DOCKET AND CAPTION

4. The docket in Civil Action No. C-04-4908-JW shall constitute the master docket for this action.

5. Every pleading filed in the consolidated action shall bear the following caption:


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re UTSTARCOM, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) | Master File No. C-04-4908-JW<br><br>CLASS ACTION |
| This Document Relates To: | | |

6. The file in Civil Action No. C-04-4908-JW shall constitute the master file for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "ALL ACTIONS" shall appear immediately after the phrase "This Document Relates To." When a pleading applies only to some, but not all, of the actions, the document shall list, immediately after the phrase "This Documents Relates To:," the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action (*e.g.*, "No. C-04-4991-JW (*Schwanz*)").

7. The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

    (a)    place a copy of this order in the separate file for such action;

    (b)    serve on plaintiff's counsel in the new case a copy of this order;

    (c)    direct that this order be served upon defendants in the new case; and

    (d)    make the appropriate entry in the Master Docket.

**LEAD PLAINTIFF'S COUNSEL**

8. After the Court has designated a Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(b), the Lead Plaintiff shall designate a law firm or firms to serve as Lead Plaintiff's counsel, pursuant to 15 U.S.C. §78u-4(a)(3)(b)(v). Lead Plaintiff's counsel shall have authority to speak for and enter into agreements on behalf of plaintiffs in all matters regarding pretrial procedures, discovery and

settlement negotiations.  Lead Plaintiff's counsel shall manage the prosecution of this litigation to avoid duplicative or unproductive activities.  Lead Plaintiff's counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders.  Lead Plaintiff's counsel shall be responsible for communications with the Court.

9. Lead Plaintiff's counsel shall communicate with other plaintiffs' counsel and have the right to assign projects to other plaintiffs' counsel.

10. Defendants' counsel may rely upon agreements made with Lead Plaintiff's counsel.  Such agreements shall be binding on all plaintiffs.

## DOCUMENT PRESERVATION

11. Counsel for the parties shall notify their clients of their document preservation obligations pursuant to the federal securities laws.

12. ~~Defendants shall certify in writing within 30 days of entry of this order that they have not knowingly altered, destroyed, mutilated, concealed, covered up, falsified, or made a false entry in any record, document or tangible object with an intent to impede, obstruct, or influence the investigation or proper administration of this action.~~

13. Pursuant to 15 U.S.C. §78u-4(b)(3)(c)(i), the parties shall "treat all documents, data compilations (including electronically recorded or stored data), and tangible objects that are in the custody or control of such person and that are relevant to the allegations, as if they were the subject of a continuing request for production of documents from an opposing party under the Federal Rules of Civil Procedure."  The term "document" shall be interpreted consistently with the terms "document" and "writing" as used in the federal rules of civil procedure and federal rules of evidence.

## PLEADINGS AND MOTIONS

14. Defendants are not required to respond to the complaint in any action consolidated into this action, other than a consolidated complaint or a complaint designated as the operative complaint.

15. Lead Plaintiff shall file a consolidated complaint within 60 days after the later of the filing of the order designating the Lead Plaintiff, unless otherwise agreed upon by the parties. The consolidated complaint shall be the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein.

16. Defendants shall respond to the consolidated complaint within 60 days after service, unless otherwise agreed upon by the parties. If defendants file any motions directed at the consolidated complaint, the opposition brief shall be filed within 60 days of filing that motion and the reply brief shall be filed within 21 days of the filing of the opposition brief, unless otherwise agreed upon by the parties.

17. The parties shall serve all papers on one another in accordance with Northern District Local Rules (a) by hand; or (b) facsimile, unless otherwise agreed upon by the parties. After the appointment of Lead Plaintiff's counsel, defendants need only serve Lead Plaintiff's counsel with any papers in this action. Notwithstanding the foregoing, defendants may serve plaintiffs' counsel, other than Lead Plaintiff's counsel, by first-class mail, unless otherwise agreed upon by the parties.

IT IS SO ORDERED.

DATED: March 16, 2005

/s/James Ware
THE HONORABLE JUDGE JAMES WARE
UNITED STATES DISTRICT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
KIMBERLY C. EPSTEIN
SYLVIA SUM

        /s/
KIMBERLY C. EPSTEIN

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS - Master File No. C-04-4908-JW        - 4 -

1  LERACH COUGHLIN STOIA GELLER
2    RUDMAN & ROBBINS LLP
   WILLIAM S. LERACH
3  DARREN J. ROBBINS
   401 B Street, Suite 1600
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)

6  [Proposed] Lead Counsel for Plaintiffs

7

8
   S:\CasesSD\UTStarcom 04\ord00017371_CA.doc
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 9601 Wilshire Blvd., Suite 510, Los Angeles, California 90210.

2. That on January 14, 2005, declarant served the **[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS** by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of January, 2005, at Los Angeles, California.

/s/
VALERIE SPENCER

UTSTARCOM 04 (CA)
Service List - 1/14/2005   (04-0558C)
Page 1 of 2

**Counsel For Defendant(s)**

Jeffrey S. Facter
Stephen D. Hibbard
Bruce B. Kelson
Shearman & Sterling LLP
525 Market Street, 15th Floor
San Francisco, CA  94105
   415/616-1100
   415/616-1199 (Fax)

**Counsel For Plaintiff(s)**

Susan G. Kupfer
Glancy Binkow & Goldberg LLP
455 Market Street, Suite 1810
San Francisco, CA  94105
   415/972-8160
   415/972-8166 (Fax)

Lionel Z. Glancy
Michael Goldberg
Dale MacDiarmid
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
   310/201-9150
   310/201-9160 (Fax)

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL  32963
   772/231-4202
   772/234-0440 (Fax)

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD  21202
   410/332-0030
   410/685-1300 (Fax)

Elise J. Cohen
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
   310/859-3100
   310/278-2148 (Fax)

Kimberly C. Epstein
Sylvia Sum
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)

UTSTARCOM 04 (CA)

Service List - 1/14/2005   (04-0558C)

Page 2 of 2

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423 (Fax)

Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY  10119
   212/594-5300
   212/868-1229 (Fax)

Jeff S. Westerman
Elizabeth P. Lin
Milberg Weiss Bershad & Schulman LLP
355 South Grand Avenue, Suite 4170
Los Angeles, CA  90071
   213/617-1200
   213/617-1975 (Fax)

Eric J. Belfi
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY  10016
   212/682-1818
   212/682-1892 (Fax)

Patrick V. Dahlstrom
Pomerantz Haudek Block Grossman & Gross LLP
One North LaSalle Street, Suite 2225
Chicago, IL  60602-3908
   312/377-1181
   312/377-1184 (Fax)

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Wolf Haldenstein Adler Freeman & Herz, LLP
750 B Street, Suite 2770
San Diego, CA  92101
   619/239-4599
   619/234-4599 (Fax)